UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| ISAIAH BUTLER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 1:25-CV-00233-LEW |
| | ) | |
| HANNAH SIMMONS et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
AND IMPOSING *COK* WARNING**

On June 26, 2025, United States Magistrate Judge John C. Nivison filed with the court, with a copy to the Plaintiff, his Recommended Decision (ECF No. 8) on Plaintiff's Complaint in which Plaintiff seeks to recover monetary damages from various prison officials and the Kennebec County Correctional Facility based on a search of his cell and subsequent actions by jail officers. Magistrate Judge Nivison recommended that the case be dismissed. Thereafter, Plaintiff filed a Motion for Leave to File an Amended Complaint (ECF No. 9), which the Court granted (ECF No. 10). The Amended Complaint was filed on July 18, 2025 (ECF No. 12). Magistrate Judge Nivison entered his Supplemental Report and Recommended Decision on September 29, 2025 (ECF No. 15) and again recommends that the Court dismiss this matter. On October 10, 2025, the Plaintiff filed his Objection (ECF No. 16).

I have reviewed and considered the original Recommended Decision, the Supplemental Recommended Decision and the Objection, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended

Decisions; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decisions and determine that no further proceeding is necessary.

Plaintiff, proceeding pro se, has filed six separate cases since April 30, 2025. *See Butler v. Bryant, et al.*, No. 1:25-cv-213-LEW; *Butler v. Simmons, et al.*, No. 1:25-cv-233-LEW; *Butler v. McCamish, et al.*, No. 1:25-cv-239-LEW; *Butler v. Gagnon, et al.*, No. 1:25-cv-245-LEW; *Butler v. Kennebec County, et al.*, No. 1:25-cv-274-LEW; *Butler v. Goodchild, et al.*, No. 1:25-cv-346-JAW. Per *Cok v. Family Court of Rhode Island*, 985 F.2d 32 (1st Cir. 1993), the Court warns Mr. Butler that if he again files pleadings that are determined to be groundless and/or frivolous, the Court will impose filing restrictions.

The Recommended Decision (ECF No. 8) and the Supplemental Recommended Decision (ECF No. 15) of the Magistrate Judge are hereby ADOPTED. The case is DISMISSED.

**SO ORDERED.**

Dated this 21st day of October, 2025.

      /s/ Lance E. Walker
      CHIEF U.S. DISTRICT JUDGE